JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER DAVIS,

Petitioner,

vs.

DERRAL G. ADAMS, Warden,

Respondents.

Case No. EDCV 06-328-AHM (OP)

JUDGMENT

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 18, 2009

HONORABLE A. HOWARD MATZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge